In the Matter of Proving the Will of MARY GLEASON, Deceased.

JOHN GLEASON, Appellant; JESSIE Q. FARA, Respondent.

*Matter of Gleason (Will)*, 177 App. Div. 907, affirmed.

(Argued May 27, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1917, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Mary Gleason, deceased. The objections to probate were: *First.* That the said will was not duly executed as required by law. *Second.* That the said will was not the last will and testament of the decedent. *Third.* That at the time of the making of the will the decedent was not of sound mind and memory, and mentally capable of making a will, and that she could not, and in fact did not make, execute and deliver any valid will. *Fourth.* That the said will was not freely and voluntarily made or executed, and that the subscription and publication thereof were procured by undue influence.

*John L. Farrell* for appellant.

*Elihu J. Zwilling* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.